USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARCOS CALCANO, on behalf of
himself and all other persons
similarly situated,

                         Plaintiff,

        -against-

CARAWAY HOME, INC.,

                        Defendant.
----------------------------------------------------------------X

22-CV-1745 (PAE) (KHP)

ORDER ADJOURNING INITIAL
CASE MANAGEMENT
CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement filed on May 24, 2022 (doc. no 19) the Initial Case Management Conference currently scheduled for **May 31, 2022** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
              May 25, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge