UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARCOS CALCANO, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

    Plaintiffs,

  v.

CARAWAY HOME, INC.,

    Defendant.

------------------------------------------------------------x

ECF CASE

No.: 1:22-cv-1745

**STIPULATION OF DISMISSAL**

  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MARCOS CALCANO, and Defendant, CARAWAY HOME, INC., in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
   June 9, 2022

GOTTLIEB & ASSOCIATES

*/s/ Jeffrey M. Gottlieb*

Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Attorneys for Plaintiffs

BOCHNER IP

*/s/ Andrew Bochner*

Andrew D. Bochner, Esq.
295 Madison Avenue, 12th Floor
New York, NY 10017
Phone: (646) 971-0685
Attorneys for Defendant

      SO ORDERED.

           */s/ Paul A. Engelmayer*
          PAUL A. ENGELMAYER
          United States District Judge
          6/13/2022